IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

LEWIS FREDRICK ROHDA, JR.,        :

   Petitioner,                              :

vs.                                              :        CA 14-0169-WS-C

CHRISTOPHER GORDY,              :

   Respondent.

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 12, 2014 is **ADOPTED** as the opinion of this Court.

**DONE** this 12th day of June, 2014.

               s/WILLIAM H. STEELE
               **CHIEF UNITED STATES DISTRICT JUDGE**