# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| LEWIS FREDRICK ROHDA, JR., | : | |
| Petitioner, | : | |
| vs. | : | CA 14-0169-WS-C |
| CHRISTOPHER GORDY, | : | |
| Respondent. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Lewis Frederick Rohda, Jr.'s petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be **DISMISSED WITHOUT PREJUDICE** due to petitioner's failure to fully exhaust his state court remedies. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 12th day of June, 2014.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**